UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JIM HAVENS, individually and on behalf of
ROC Love Will End Abortion,
an unincorporated association,

|                         |                    |
|-------------------------|--------------------|
| Plaintiff,              | **NOTICE OF**      |
| v.                      | **MOTION**         |
|                         |                    |
| LETITIA JAMES, Attorney General | 19-CV-6482 |
| of the State of New York, and   |            |
| the City of Rochester, New York, |           |
| Defendants.             |                    |

_____

## NOTICE OF MOTION FOR ADMISSION
## *PRO HAC VICE* OF THOMAS OLP, ESQ.

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of John T. Refermat, with exhibits, a motion will be made before this Court at the United States Courthouse, 100 State Street, Rochester, New York 14614, before the Honorable David G. Larimer, U.S.D.J., on a date and at a time to be designated by the Court, for an Order pursuant to Local Rule of Civil Procedure 83.1(c) permitting Thomas G. Olp, of the Thomas More Society, to appear *pro hac vice* on behalf of plaintiffs Jim Havens and ROC Love Will End Abortion, together with such other and further relief as this Court may deem proper.  Oral argument is not requested.

DATED: Rochester, New York
        October 30, 2019

s/John T. Refermat
John T. Refermat, Esq.
Lacy Katzen LLP
The Granite Building, 130 E. Main Street
**Mailing Address:  P.O. Box 22878**
**Rochester, New York  14692-2878**
(585) 454-5650
jrefermat@lacykatzen.com