UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JIM HAVENS, individually and on behalf of
ROC Love Will End Abortion,
an unincorporated association,

Plaintiff,

v.                                                                         19-CV-6482

LETITIA JAMES, Attorney General
of the State of New York, and
the City of Rochester, New York,

Defendants.

## DECLARATION IN SUPPORT OF MOTION FOR ADMISSION
### *PRO HAC VICE* OF THOMAS OLP, ESQ.

**JOHN T. REFERMAT, ESQ.,** under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

1.      I am an attorney at law duly admitted to practice before this Court and a partner with the law firm of Lacy Katzen LLP, local counsel for plaintiffs Jim Havens and ROC Love Will End Abortion in this action; as such, I am familiar with the facts and circumstances of this action.

2.      I respectfully submit this declaration in support of plaintiffs' motion for the *pro hac vice* admission Thomas G. Olp, Esq., in this action on plaintiffs' behalf.

3.      Plaintiffs make this request to allow Mr. Olp to participate, assist, and speak *pro hac vice* as co-counsel in this matter.

4.      As set forth in the Affidavit of Thomas G. Olp, attached as **Exhibit A**, Mr. Olp is a member of the Thomas More Society, a national public interest law firm located in Chicago, Illinois.  Mr. Olp is admitted to practice before the state courts of Illinois, and is a retired

member of the bar of Maryland.  He is admitted to practice before the United States District Court for the Northern and Central Districts of Illinois.

5.    Mr. Olp is a graduate of the Columbus School of Law at the Catholic University of America (J.D.), and the Georgetown University Law Center (L.L.M.).  He received his undergraduate degree from Georgetown University.  He has been in practice since 1978.  (Ex. A, ¶¶ 2-4).

6.    Upon information and belief, Mr. Olp is and always has been a member in good standing of the bar of the State of Illinois, the bar of Maryland, and each federal bar to which he has gained admission, and has no disciplinary proceedings pending against him.  Mr. Olp explains in his affidavit that he was suspended for a time from the D.C. Bar for nonpayment of dues while he was an inactive member.  He was later reinstated. (Ex. A, ¶¶ 2-3, 6-7).

7.    The forms required by Local Rule of Civil Procedure 83.1(c) are attached as **Exhibit B**, including the Petition for Attorney Admission, the Admission Sponsor Form, the Attorney Oath Form, the Civility Principles Oath, Attorney Database Information Form, and the CM/ECF Registration Form.

**WHEREFORE**, plaintiffs respectfully request that this Court issue an Order permitting Mr. Olp to appear *pro hac vice* in this action on their behalf, with such other and further relief that the Court may deem just and proper.

DATED: Rochester, New York
　　　October 30, 2019

s/John T. Refermat
John T. Refermat, Esq.
Lacy Katzen LLP
The Granite Building, 130 E. Main Street
**Mailing Address:  P.O. Box 22878**
**Rochester, New York  14692-2878**
(585) 454-5650
jrefermat@lacykatzen.com