UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JIM HAVENS, individually and on behalf of
ROC Love Will End Abortion,
an unincorporated association,

                Plaintiff,

v.

LETITIA JAMES, Attorney General
of the State of New York, and
the City of Rochester, New York,

                Defendants.

_____

**AFFIDAVIT OF
THOMAS G. OLP**

19-CV-6482

AFFIDAVIT OF THOMAS OLP
IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION

STATE OF ILLINOIS    )
                    )    SS.
COUNTY OF COOK    )

Thomas G. Olp, being duly sworn, deposes and says:

1.     I am an attorney with the Thomas More Society, a national public interest law firm with an office in Chicago, IL 60606, and represent the Plaintiffs in this action. I have personal knowledge of the facts in this affidavit and the accompanying exhibits, which are submitted in support of this motion for my admission *pro hac vice* pursuant to Local Rule 83.l(i).

2.     I graduated from law school in 1978 and since then have been a member in good standing in the State Bar of Illinois. I practiced law in Maryland from 1985 to 1994 and took and passed the Maryland bar. I also waived into the District of Columbia bar. In 1994 I moved from Maryland to Chicago where I have lived since that time. I have a retired status in the Maryland Bar. I took inactive status in the D.C. bar and have never practiced there since my move to Chicago in 1994. Around 2001 the D.C. bar imposed a dues requirement for members, including

1

inactive members. I was suspended for non-payment of dues around that time. In 2017 I obtained reinstatement to inactive status and then resigned. Apart from the just described suspension for non-payment of dues in the D.C. bar, I have never been investigated, disciplined or suspended from any state or federal bar for any reason.

3. I am presently a member in good standing of the United States District Court for the Northern District of Illinois, and a member in good standing of the United States District Court for the Central District of Illinois.

4. My educational background is Georgetown University, B.A., 1974, Columbus School of Law, Catholic University, J.D. 1981, and Georgetown University Law Center, L.L.M., 1992.

5. Plaintiffs Jim Havens and ROC Love Will End Abortion desire that I participate, assist, and speak *pro hac vice* as co-counsel in this matter.

6. I am not presently, nor have I ever been, subject to any disbarment or suspension proceedings in the jurisdictions in which I am presently admitted. See paragraph 2 above for D.C. bar. I have not been denied admission to the courts of any state or to any federal court since first becoming licensed to practice law.

7. I agree to be bound by the Rules of Court governing the State of New York, including the Court Disciplinary Rules and all local rules or orders of the Court. I will continue to be associated with local counsel throughout pre-trial, discovery and trial of the within cause of action. I recognize and will follow the New York Customs of Practice in addition to those rules of Court and agree to subject to the jurisdiction of the Court.

8. I have reviewed and am familiar with (a) the provisions of the Judicial Code, 28 U.S.C. §§ 1330-1452, which pertain to jurisdiction of and venue in a United States Court; (b) the Federal Rules of Civil Procedure; (c) the Federal Rules of Criminal Procedure; (d) the Federal

2

Rules of Evidence; (e) the Local Rules of Practice for the United States District Court for the Western District of New York; (f) the Revised Plan for the Prompt Disposition of Criminal Cases for the Western District of New York; (g) the New York State Lawyer's Code of Professional Responsibility as adopted from time to time by the Appellate Division of the State of New York, and as interpreted and applied by the United States Supreme Court, the United States Court of Appeals for the Second Circuit, and this Court; and (h) the Civility Principles of the United States District Court for the Western District of New York.

9.      I understand that all pleadings, briefs, and other papers filed with the Court must be signed by an attorney of record authorized to practice in the State of New York and that said attorney shall be held responsible for such pleadings or filings and for the conduct of this case and of the attorneys admitted herein.

10.     I will promptly notify this Court of any matter affecting my good standing as a member of the Bar of any other court.

_____
Thomas G. Olp

Sworn to before me this 24th day of October, 2019.

OFFICIAL SEAL
DEIRDRE ANTENE
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 06-28-2022

10-24-19

3