# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

Print

**IN THE MATTER OF THE APPLICATION OF**

Thomas G. Olp
_____
(Name)

**TO BE ADMITTED TO PRACTICE AS AN ATTORNEY**

_____

TO THE HONORABLE David G. Larimer , JUDGE OF THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NEW YORK:

Thomas G. Olp
_____, petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at:

Thomas More Society, 309 W. Washington, Suite 1250, Chicago, IL 60606

2. That petitioner attended the following educational institutions and received the following degrees:

Columbus School of Law, Catholic University of America, J.D. 1978
Georgetown University Law Center, L.L.M. 1992.

3. Please complete either (a), (b) or ( c):

### Admission by Petition

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of New York on the _____ day of _____, _____.

Additional Requirements:     Admission Sponsoring Affidavit
Attorney's Oath
Civility Principles Oath
Attorney Database Form
Attorney CM/ECF Registration Form
*If the attorney or the firm with which the attorney is associated with maintains an office in this District, a required pro bono service form

### Admission by Certificate of Good Standing

(b) That petitioner was admitted to practice in the United States District Court of the _____ District of New York on the _____ day of _____, _____, and is a member of the bar of the State in which that district court is located and in which the petitioner maintains an office for the practice of law.

Additional Requirements:     Certificate of Good Standing from the Clerk of Court of which he or she is a member (dated no earlier than six months prior to submission to this Court)
Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees
Attorney's Oath
Civility Principles Oath
Attorney Database Form
Attorney CM/ECF Registration Form
*If the attorney or the firm with which the attorney is associated with maintains an office in this District, a required pro bono service form

### Pro Hac Vice Admission

(c) That petitioner is admitted to practice in the State of Illinois

Additional Requirements:     Motion to Appear Pro Hac Vice
Check, Money Order or payment of fee on line in the amount of the Pro Hac Fee set forth in the District Court Schedule of Fees
Admission Petition Form
Admission Sponsor Affidavit
Attorney's Oath
Civility Principles Oath
Attorney Database Form
Attorney CM/ECF Registation Form

4.  Petitioner is admitted to the following courts:

## U.S. District Courts for the Northern and Central Districts of Illinois; 7th Circuit

5.  Since such admission(s), petitioner has practiced in the following courts:

## U.S. District Courts for the Northern and Central Districts of Illinois; 7th Circuit

and has been involved in the following professional activities:

## representation of clients in pro bono cases over the years.

6.  That petitioner or the petitioner's client (in a case in which the applicant represented the client) has never been held in contempt of court, sanctioned, censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary committee of the organized bar, nor is the subject of any pending complaint before any court.  (If number 6 is not true, the applicant shall strike that paragraph and shall file a separate confidential statement under seal specifying the court or disciplinary committee imposing the sanction, the date, the facts giving rise to the disciplinary action or complaint, the sanction imposed, and such other information, including any facts of a mitigating or exculpatory nature as may be pertinent, and such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review.)

*Par. 6 is true except that I was suspended for nonpayment of dues, from D.C. Bar, and was reinstated in 2017. I have since resigned from D.C. Bar, while on inactive status*

7.  That petitioner has read and is familiar with the provisions of Title 28 of the United States Code that pertain to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York and the New York Rules of Professional Conduct (22 NYCRR Part 1200).

        **WHEREFORE**, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

        I verify under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Petitioner)

Sworn to before me this **24** day of **Oct.** , **2019**

> OFFICIAL SEAL
> **DEIRDRE ANTENE**
> NOTARY PUBLIC, STATE OF ILLINOIS
> My Commission Expires 06-28-2022

Notary Public _____

(Revised 2017)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

_____
(Name)

**SPONSORING AFFIDAVIT**

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF Monroe

John T. Refermat _____, being duly sworn deposes and says:

1. I reside at:

Penfield, New York 14526

and maintain an office for the practice of law at: Lacy Katzen LLP, P.O. Box 22878, Rochester, New York 14692-2878

2. I am an attorney at law, admitted to practice in the courts of the State of New York, the United States Court of Federal Claims, and the United States Supreme Court , I was admitted to practice in the United States District Court for the Western District of New York on the 3rd day of February , 1998 .

3. I have known the petitioner since August 2018 and under the following circumstances:

Mr. Olp requested that I serve as local counsel in this action.

_____

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: _____

Petitioner's moral rectitude, knowledge of the law, and dedication to upholding the Constitution

ensure petitioner's fitness for admission to practice pro hac vice in this District.

_____
Signature of Sponsoring Attorney

Sworn to before me this 30th day of October , 2019

_____
Notary Public

CHRISTINA WEYMANN
Notary Public; State of New York
Qualified in Monroe County
Commission Expires November 20, 20 21

✎ AO 153  (Rev. 6/96)

| NAME: (LAST, FIRST, MI) | SOCIAL SECURITY NO. |
|---|---|
| Thomas G. Olp | |

### OATH ON ADMISSION

I, ___Thomas G. Olp___ , DO SOLEMNLY SWEAR (OR AFFIRM) THAT AS AN ATTORNEY AND AS A COUNSELOR OF THIS COURT I WILL CONDUCT MYSELF UPRIGHTLY AND ACCORD-ING TO LAW, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES.

| DATE: | SIGNATURE: | BAR I.D. NO. |
|---|---|---|
| 10/24/2019 | Thomas Olp | 3122703 |

**COMPLETE REVERSE SIDE**

✎ AO 153  (Rev. 6/96)

| FIRM NAME | TEL. NO. |
|---|---|
| Thomas More Society | (312) 782-1680 |

| FIRM ADDRESS |
|---|
| 309 W. Washington Suite 1250 |

| CITY | STATE | ZIP CODE |
|---|---|---|
| Chicago | IL | 60606 |

### BELOW FOR OFFICE USE ONLY

| SWORN AND SUBSCRIBED BEFORE ME, | DATE |
|---|---|
| | |

| ADMITTED ON MOTION OF:  (Movant) |
|---|
| |



# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF NEW YORK

## APPENDIX TO CIVILITY PRINCIPLES

## OATH OF OFFICE

I do solemnly swear (or affirm):

I will support the Constitution of the United States and the Constitution of the State of New York; I will maintain the respect due to Courts of Justice and judicial officers;

I will not counsel or maintain any suit or proceeding which shall appear to me to be unjust nor any defense that I do not believe to be honestly debatable under the law of the land;

In maintaining the causes confided to me, I will employ only means that are honorable, and will never seek to mislead the judge or jury by an artifice or false statement of fact or law;

I will maintain the confidences and preserve inviolate the secrets of my client, and will accept compensation solely from the client or a third-party with the knowledge and approval of the client;

I will abstain from all offensive behavior and advance no fact prejudicial to the honor and reputation of a party or witness, unless my ethical duty requires;

I will in all other respects conduct myself personally and professionally in conformity with the high standards of conduct imposed upon members of the bar who practice law in this State and before this Court.

_____
(Signature)

# UNITED STATES DISTRICT COURT
## Western District of New York

### ELECTRONIC CASE FILING SYSTEM REGISTRATION FORM

This form shall be used to register for an account on the Courts' Case Management/Electronic Files (CM/ECF) system. Registered attorneys will have privileges to electronically submit and to view the electronic docket sheets and documents. By registering, attorneys consent to receiving electronic notice of filings through the system. The following information is required for registration:

### PLEASE TYPE

First/Middle/Last Name:  **Thomas Olp**

Firm Name:  **Thomas More Society**

Firm Address:  **309 West Washington, Suite 1250, Chicago, IL 60606**

Voice Phone Number:  **312-782-1680**    FAX Number:  **312-782-1887**

Internet E-Mail Address:  **tolp@thomasmoresociety.org**

Additional E-Mail Address:  **tomolp@gmail.com**

Does your E-Mail Software support HTML messages?    Yes  **X**    No_____

Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court for the Western District of New York Date admitted to practice in this Court:_____ If admitted pro hac vice:

Date motion for pro hac vice granted:_____in case number:  **19-CV-6482**

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. The combination of user id and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.

_____    _Oct. 24, 2019_
**Signature of Registrant**    **Date**

**Submit completed Registration Form to:**
**Mary C. Loewenguth**
**United States District Court**
**Attn: CM/ECF Registration**
**2 Niagara Square**
**Buffalo, New York 14202**

## ATTORNEY DATABASE INFORMATION
### For Newly-Admitted Attorneys

The Clerk's Office maintains a computerized database of attorneys admitted in the District. To ensure the data we enter for you is correct, please fill out the form below and submit it with your other papers when you are admitted. Our local rules require you to report name, firm affiliation, office address or phone number changes within 30 days.

### Attorney Database Input Sheet

Please print. If you use two surnames or have a hyphenated surname, please indicate how you would like the name entered into our records, i.e., first surname as middle name, both surnames in last name field, etc.

First Name: Thomas

Middle Name or Initial: G.

Last Name: Olp

Firm: Thomas More Society

Address: 309 W. Washington

Suite: Suite 1250

City: Chicago          State: IL    Zip: 60606  -

Phone: 312 - 782 - 1680          FAX:  ___ - ___ - _____

Bar ID Number: 3122703          **Required

Date Applied: 10 / 30 / 2019    Date Admitted: ___ / ___ / ___

Method of Admission: pro hac vice _____ (petition, certificate of good standing, pro hac vice)