UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

JIM HAVENS, individually and o/b/o ROC Love Will End Abortion,

                    Plaintiff,

        vs.

LETITIA A. JAMES, Attorney General of the State of New York, in her official capacity as Attorney General of the State of New York,

- and -

CITY OF ROCHESTER, NEW YORK,

                    Defendants.

**NOTICE OF APPEAL**

19-cv-6482(L)

**NOTICE IS HEREBY GIVEN** that plaintiff in the above-named case hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered on January 28, 2020 [Dkt. 27] and the Decision and Order of Hon. David G. Larimer, U.S.D.J., filed on January 24, 2020 [Dkt. 26] in this action.

Date:  February 20, 2020

Respectfully submitted,

/s/ John T. Refermat, Esq.

| | |
|---|---|
| Thomas Olp, Esq. | John T. Refermat, Esq. |
| Thomas More Society | Lacy Katzen LLP |
| A National Public Interest Law Firm | 600 Bausch & Lomb Place |
| 309 W. Washington Street, Suite 1250 | Mailing Address: P.O. Box 22878 |
| Chicago, Illinois 60606 | Rochester, New York 14692-2878 |
| Tel.  312-782-1680 | Tel.  585-324-5762 |
| Fax: 312 782-1887 | Fax: 585-269-3069 |
| tolp@thomasmoresociety.org | jrefermat@lacykatzen.com |
| | |
| Admitted *pro hac vice* November 4, 2019 [Dkt. 18] | NYS Attorney Reg. No. 2803518 |

*Attorneys for Plaintiff*