

June 19, 2024

Honorable David G. Larimer, U.S.D.J.        *Via E-Filing*
Western District of New York
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

    Re:    <u>Havens v.  James et al. (19-cv-6482)</u>

Dear Judge Larimer:

    Attached please find a proposed Order with respect to our motion for admission *pro hac vice* of Patrick T. Gillen, Esq., filed on June 12, 2024 at Doc. 46.

    Thank you for your consideration.

                Respectfully submitted,

                *John T. Refermat*

                John T. Refermat

JTR/clw
Attachment
pc:    Counsel (*Via E-Filing)*